UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BELIZARIO CHILEL-GOMEZ,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:14-cr-00100-RJJ

**ORDER**

Defendant appeared before me on February 6, 2015, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered. I also note that Immigration and Customs Enforcement (ICE) has lodged a detainer against defendant.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 6th day of February, 2015.

                                            /s/ Phillip J. Green
                                            PHILLIP J. GREEN
                                            United States Magistrate Judge